**Order filed March 6, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00984-CR

_____

**LEANDREW RAY, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1318262**

---

## O R D E R

The clerk's record in this appeal was filed December 30, 2012. On February 29, 2012, appellant requested this court to supplement the record with a "Presentence Investigation Report."

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 16, 2012**, containing the Presentence Investigation Report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM